# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 16-1902

JOHN J. CUNNEY,

       Plaintiff – Appellant,

v.

PATRICK COMMUNICATIONS; W. LAWRENCE PATRICK; SUSAN PATRICK,

       Defendants – Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge. (1:13-cv-02519-JKB)

Argued: October 26, 2017                  Decided: November 22, 2017

Before TRAXLER and AGEE, Circuit Judges, and Loretta C. BIGGS, United States District Judge for the Middle District of North Carolina, sitting by designation.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Neil James Ruther, LAW OFFICES OF NEIL J. RUTHER, LLC, Towson, Maryland; Kenneth Broh Frank, KENNETH B. FRANK PA, Baltimore, Maryland, for Appellant. Harriet Ellen Cooperman, SAUL EWING LLP, Baltimore, Maryland, for Appellees. **ON BRIEF:** Brett S. Covington, SAUL EWING LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John J. Cunney appeals a district court order granting summary judgment against him in his action against Patrick Communications, LLC ("PCL"), W. Lawrence Patrick, and Susan Patrick, in which Cunney sought to recover commissions he claims he earned in his former capacity as a vice president and broker at PCL.  Finding no error, we affirm on the reasoning of the district court.  *See Cunney v. Patrick Commc'ns, LLC*, 191 F. Supp. 3d 480 (D. Md. 2016); *Cunney v. Patrick Commc'ns, LLC*, No. JKB-13-2519, 2016 WL 3997289 (D. Md. July 26, 2016).

*AFFIRMED*